the court should be guided by the reasonable value thereof and not by the necessities of the owner or mortgagor in the production of sufficient revenue to pay the carrying charges. The record does not sufficiently indicate whether or not the lease was *bona fide*, although the circumstances seem to cast doubt on the good faith of the terms of the lease and the advance payments made. Further inquiry should be made into this subject. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

BRIDGET MELLADY, Respondent, v. FOREST HILLS DEVELOPMENT CORPORATION and MARLOWE AVENUE CORPORATION, Appellants.— Order denying motion to direct that the causes of action set forth in the complaint be separately stated and numbered affirmed, with fifty dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

ALEXANDER PEARCE, Respondent, v. JOHN SHACKEY, JR., and ELIZABETH SHACKEY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

FREDERICK G. PECK, Respondent, v. BENNETT MOTORS, INC., Defendant; FORD MOTOR COMPANY and PONTIAC AUTO TRANSPORT COMPANY, Appellants.— Judgment reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein respondent stipulate to reduce the amount of the verdict to $4,300; in which event the judgment as thus modified is affirmed, without costs. In our opinion the verdict was excessive. Lazansky, P. J., Kapper and Carswell, JJ., concur; Hagarty and Tompkins, JJ., dissent and vote to affirm.

MARY C. PECK, Respondent, v. BENNETT MOTORS, INC., Defendant, Impleaded with FORD MOTOR COMPANY and PONTIAC AUTO TRANSPORT COMPANY, Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

PEP-BOYS SERVICE, INC., Respondent, v. MARTINO'S BUILDING CORPORATION, Appellant. (Appeal No. 1.) — Order in so far as it denies defendant's motion to dismiss the second cause of action reversed on the law and the facts, with ten dollars costs and disbursements, and motion to that extent granted, with ten dollars costs. In our opinion the complaint fails to state any cause of action. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

PEP-BOYS SERVICE, INC., Appellant, v. MARTINO'S BUILDING CORPORATION, Respondent. (Appeal No. 2.) — Order denying plaintiff's motion for a temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

UMBERTO POLITANO, Appellant, v. AARON L. JACOBY, Defendant, and JAMES A. McQUADE, Respondent.*— Order granting motion of defendant McQuade to dismiss the complaint as to him reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the respondent McQuade to serve his answer within ten days from the entry of the order herein on payment of costs. In our opinion, the complaint states a sufficient cause of action against the respondent. The provision contained in the order of August 5, 1930, requiring plaintiff to give a bond to secure future alimony, was on the face of the order invalid and beyond the jurisdiction of the court to make and consti-

---

*Affd., 263 N. Y. 573.